

# Alaska Department of Public Safety

## Incident Report

## Incident: AK19073513

| | |
|---|---|
| **Incident Type:** | Drugs [DRGS] |
| **Incident time:** | 10/24/2019 21:39 - |
| **Reported time:** | 10/24/2019 21:39 |
| **Incident location:** | 701 COLLEGE ROAD, FAIRBANKS, Fairbanks North Star Borough AK USA 99701 (Beat/zone: UJBA, FAIRBANKS) |
| **Incident status:** | Closed by investigation |
| **Summary:** | On 10/24/2019, members of the Fairbanks Area Narcotics Task Force (FANT) were conducting surveillance on Mike Meath at 379 Shannon Drive, in Fairbanks. Fairbanks Police initiated a traffic stop on Meaths vehicle after FANT followed him from his home to Rod's Saw Shop then on to College Road. FANT seized the vehicle Meath was a passenger in and was granted a search warrant to search the vehicle. During the search FANT located approximately 563.5 grams of methamphetamine, 61 grams of heroin, and a loaded pistol. This case will be prosecuted federally. |

## Incident Activities/Offenses

- AS11.71.030(a)(9) - MICS3 - Make/deliver/possess any amount IIA or IIIA not proscribed under AS11.71.021(a)(2)(6)
- K9 Application - Drug Detection ()
- K9 Application - Drug Detection ()

## Involved Persons/Organizations

### CARTIER, LISA KATHLEEN

| | | | |
|---|---|---|---|
| **Classification:** | Driver; Mentioned in report | | |
| **SID:** | AK0653925 | **DL:** | 0653925 AK |
| **Gender:** | Female | **DOB:** | ▮▮▮▮▮▮ |

| | |
|---|---|
| **Address:** | 379 SHANNON DRIVE, FAIRBANKS, Fairbanks North Star Borough AK USA 99701 (Beat/zone: UJBA) |
| **E-mail:** | |
| **Telephone:** | (Landline) ██████████ |
| **Telephone:** | (Cellular phone) ██████████ |

| | | | | | |
|---|---|---|---|---|---|
| **Height:** | 5'3" | **Weight:** | 140lb | **Build:** | |
| **Race:** | White | **Hair Color:** | Brown | **Eye Color:** | Blue |

## MEATH, MICHAEL PATRICK

| | |
|---|---|
| **Classification:** | Charged; Passenger |
| **SID:** | AK5340680 | **DL:** | 5340680 AK |
| **Gender:** | Male | **DOB:** | ██████ |
| **Address:** | None |
| **E-mail:** | |
| **Telephone:** | (Cellular phone) ██████████ |
| **Telephone:** | (Landline) ██████████ |
| **Telephone:** | (Cellular phone) ██████████ |

| | | | | | |
|---|---|---|---|---|---|
| **Height:** | 6'0" | **Weight:** | 165lb | **Build:** | |
| **Race:** | White | **Hair Color:** | Brown | **Eye Color:** | Green |

## Involved Property

- Heroin : Tar / Evidence / 60.2 g 60.2 GROSS GRAMS OF HEROIN
- Amphetamine : Crystal - Methamphetamine / Evidence / 97.6 g 97.6 GROSS GRAMS METH
- Amphetamine : Crystal - Methamphetamine / Evidence / 462.8 g 462.8 GROSS GRAMS METH
- P19041459 / Narcotic equip : Baggies / Evidence / 11 11 CLEAR BAGGIES
- P19041460 / Money order/traveller's check : Travelers checks / Evidence / Travelers checks DUPLICATE CHECK
- P19041462 / Identification : License, chauffeur, drivers, mc, pilots / Evidence / License, chauffeur, drivers, mc, pilots AKL 6577563
- P19041463 / Ammunition : Center fire / Evidence / Center fire .45 CALIBER BULLETS / 45 caliber
- P19041464 / Narcotic equip : Other / Evidence / 1 LEDGER
- P19041465 / Heroin : Other / Evidence / 2.5 g 2.5 GROSS GRAMS OF LIQUID HEROIN
- P19041467 / Narcotic equip : Scales / Evidence / 2 2 DIGITAL SCALES
- P19041468 / Narcotic equip : Scales / Evidence / 2 2 SCALES FROM CROWN ROYAL BAG

- P19041469 / Synth narcotic : Buprenorphine / Evidence / 6 6 BUPRENORPHINE/NALOXONE STRIPS
- P19041470 / Ammunition : Center fire / Evidence / Center fire 7 45 CALIBER BULLETS / 45 caliber
- P19041472 / Narcotic equip : Baggies / Evidence / 1 CROWN ROYAL BAG
- P19041473 / Pistol : Semiautomatic action (autoloading) / Evidence / Semiautomatic action (autoloading) COLT COMBAT COMMANDER COLT 45 WITH MAGAZINE / 70B59842 / 45 caliber
- P19041475 / Personal: Backpack / Evidence / Backpack [BLACK BACKPACK]
- P19041477 / Personal: Cell phone / Evidence / Cell phone SAMSUNG [SAMSUNG CELLPHONE]
- P19041480 / Personal: Purse / Evidence / Purse [GREEN PURSE]
- P19041484 / U.S. currency : Cash / Evidence / Cash 1.00 US DOLLAR FROM BACKPACK
- P19041488 / U.S. currency : Cash / Evidence / Cash 50.00 US DOLLARS FROM PURSE
- P19044062 / Photograph : Other (see remarks) / Evidence / Other (see remarks) INVENTORY PHOTOS
- P20004438 / Machinery/tools: Toolbox / Evidence; Seized / Toolbox KETER [KETTER TOOL BOX W/MAGAZINES]
- P20007451 / Personal: Cell phone / Evidence / Cell phone SAMSUNG [CELL PHONE] / RF8KC2F16WF
- P20007454 / Documents: Other / Evidence / Other [VEHICLE TITLE]
- P20010877 / Photograph : Digital media / Evidence / Digital media PHOTOGRAPHS

## Involved Vehicles

- Impounded; Involved in Traffic Contact / Lincoln-Continental 2006 VIN:5LTPW18566FJ13652 / [Truck, van: Pickup] AK Reg #JMZ870 Colors: Gray / Gray

## Involved Addresses

- 701 COLLEGE ROAD / Incident location / FAIRBANKS, Alaska, USA 99701 (Beat/zone: UJBA, FAIRBANKS)

## Related Incidents

- Same person / AK19071143 / Drugs [DRGS] / 10/14/2019 13:25 / Drug info on MICHAEL MEATH. / A federal informant notified SDEU that Meath is importing narcotics from Arizona via the postal system.

## Involved Officers

- Assisting officer / #JAT2 TIBBETTS, JACOB A / DPS
- Assisting officer / #JSM3 MCAFEE, JEFFREY S / DPS
- Assisting officer / #BJH3 HIBBS, BRIAN J / DPS
- Reporting officer / #MCR0 ROBERTS, MICHAEL C / DPS
- Reporting unit / #FAIM AST SDEU FAIRBANKS DRUG UNIT / DPS

- Call taker / #OPSF AST FAIRBANKS DISPATCH / DPS

# Reports

## General report

| | | | | |
|---|---|---|---|---|
| **Author:** | #MCR0 ROBERTS, M. | | **Report time:** | 10/24/2019 20:35 |

**Narrative:**

On Thursday October 24, 2019 I participated in an investigation involving **Michael Meath AK5340680** who is a suspected drug dealer in the Fairbanks area. Members of the Fairbanks Area Narcotics Team and I acted on information we had received that Meath had received a large quantity of illegal drugs and was preparing to distribute the controlled substances in the Fairbanks area.

We began surveillance around Meath's residence at 379 Shannon Drive in Fairbanks at approximately 2000 hours. It was dark, the sun had set at approximately 1800 hours. At approximately 2120 hours, two people, later identified as Michael Meath and **Lisa Cartier AK0653925** exited the residence and departed in a Gray Lincoln Mark LT Pickup Truck bearing Alaska license plate JMZ870.

We followed the truck to Rod's Saw Shop on Minnie Street where it pulled in deep behind the West side of the building and sat for several minutes. The vehicle backed out and continued down Minnie Street to Illinois Street then toward College Road. While behind the vehicle on Illinois Street I could see that the rear license plate light was not illuminated. When the vehicle stopped in the far-left turn lane to turn left (West) onto College Road, I pulled up next to the vehicle in the second left turn lane just to the right of the vehicle. From that position I could clearly see Lisa Cartier driving the vehicle and Michael Meath sitting in the front passenger seat. Michael leaned forward in his seat as if he were reaching for something on the floorboard and I could clearly see that he was not wearing his seat belt. I communicated the two violations I observed and the positive identification of Michael and Lisa to the other investigators and Fairbanks Patrol Officers who were assisting.

Fairbanks Police Officers conducted a traffic stop on the vehicle while on College Road. Lisa pulled the vehicle into the Geraldo's Restaurant parking lot where both parties were contacted by law enforcement. I remained in the vicinity but not the immediate area. Investigators McAfee and Tibbetts contacted Michael and Lisa. Subsequently K9 Lenox, with K9 handler Trooper Brian Hibbs, alerted on the vehicle and it was impounded to the Fairbanks Trooper Post. Michael Meath was detained and transported to the Trooper Post pending the application of a Search Warrant for his person. (See attached supplemental reports from McAfee, Tibbetts, and Hibbs for further details.)

I went to the Fairbanks Trooper Post and while Investigator McAfee and Investigator Tibbetts were writing search warrants, I had several brief interactions with Michael while he sat on the detention bench. Michael asked if he could speak with his attorney William Satterberg and told me the number was in his wallet which was on the center console of his Lincoln Truck. With Michael's permission, I retrieved his wallet from the truck which was in the Trooper Post garage and gave it to Michael. I also loaned Michael my State issued cell phone and backed away 20 feet to give him some privacy to make his phone call, which he did.

Investigator Tibbetts' warrant for Michael's person was denied and Michael was released.

After Investigator McAfee was granted a warrant for Michael's vehicle, I assisted with searching the vehicle. I primarily took digital photographs during the search. I took a total of 38 digital photographs and one screen shot of a www.auto.com search showing the value of a similar vehicle.

See Investigator McAfee's supplement for additional details related to the search of the vehicle.

This incident is being forwarded to the Drug Enforcement Administration (DEA) and U.S Attorney's Office for prosecution in Federal Court.

## Supplementary report

| | | | |
|---|---|---|---|
| **Author:** | #BJH3 HIBBS, B. | **Report time:** | 10/24/2019 19:12 |
| **Remarks:** | | | |

**Narrative:**

On 10/24/2019, at about 1912 hours, I was contacted by Inv. McAfee with the Fairbanks Statewide Drug Enforcement Unit (SDEU) in Fairbanks reference a K-9 sniff on a vehicle in Fairbanks. Inv. McAfee advised SDEU had information **Michael Meath (AK5340680)** would be transporting at least one pound of methamphetamine in a vehicle and Meath would be departing his residence around 2100 hours. The methamphetamine was to be concealed in a backpack inside the vehicle.

I responded to the briefing location where I was assigned to assist with a K-9 sniff after Fairbank Police Department (FPD) conducted a traffic stop on a pickup truck occupied by Meath. Following the briefing, I staged an assigned staging area until I heard radio traffic Meath had departed his residence in a gray Lincoln pickup truck. I also heard radio traffic FPD had conducted a traffic stop on the pickup at the Geraldo's Restaurant located at 701 College Road in Fairbanks.

At approximately 2106 hours, I arrived at the location of the traffic stop at 701 College Road. I observed FPD had conducted a traffic stop on a gray Lincoln pickup truck bearing AK Plate JMZ870. Inv. McAfee requested I conduct a K-9 sniff of the vehicle.

On 10/24/19 at approximately 2139 hours, I conducted a K-9 Drug Detection Sniff with K-9 LENOX around the exterior of the gray Lincoln pickup truck bearing AK Plate JMZ870. K-9 LENOX indicated at the driver's front door seam for the presence of the odor of controlled substances emitting from the vehicle. I advised Inv. McAfee of the results of the K-9 sniff. Inv. McAfee requested I seize the pickup, and have it moved to Fairbanks AST Post pending a search warrant.

I stood by with the pickup until it was removed by Borealis Towing. Prior to the vehicle being removed, I took photos of the exterior of the pickup which were turned over to Inv. McAfee. I followed the tow truck to the Fairbanks AST Post and turned the truck over to Inv. McAfee.

On 10/25/19 at approximately 0217 hours, Inv. McAfee requested I return to Fairbanks AST Post to assist with a K-9 sniff of bags removed from the pickup truck after a search warrant had been executed on the pickup.

At approximately 0240 hours, I arrived at the Fairbanks AST Post where Inv. McAfee requested a K-9 sniff of a two (2) toolboxes, a green leather purse, a bluish-black/gray backpack, and a trash bag of various items which had been removed from the vehicle. The bags/boxes were placed in a room at Fairbanks AST Post.

At approximately 0305 hours, I conducted a K-9 Drug Detection Sniff with K-9 LENOX of the bags/boxes removed from the pickup. K-9 LENOX indicated on the green leather purse and the bluish-black/gray backpack for the presence of the odor of controlled substances emitting from the bags. I advised Inv. McAfee of the results of the K-9 sniff.

I have no audio from this incident.

## Supplementary report

| | | | |
|---|---|---|---|
| **Author:** | #JAT2 TIBBETTS, J. | **Report time:** | 10/24/2019 21:00 |

**Remarks:**

**Narrative:**

On 10/24/2019, at approximately 2035 hours, I assisted with surveillance on Michael Meath (AK5340680) located at 379 Shannon Drive, in Fairbanks. I was in Inv. McAfee's vehicle during the surveillance. At approximately 2115 hours, I observed a person walk out from the front of the house with a white colored and enter a pickup truck, which was later observed to be a gray, 2006 Lincoln Mark bearing Alaska license plate JMZ870. At approximately 2117 hours, the vehicle exited the driveway of the residence and went towards Trainor Gate, in Fairbanks. Other members of SDEU began to follow the vehicle during this time. The vehicle was followed to Rod's Saw Shop, located at 127 Minnie Street, in Fairbanks. The vehicle parked on the side of the building. After a duration of time, the vehicle was observed by other members of SDEU backing out from where it was parked and driving towards Illinois Street. The vehicle was then followed onto College Road, where Fairbanks Police Department conducted a traffic stop on the vehicle, near Geraldo's Italian Restaurant.

Inv. McAfee and I contacted Meath in the front passenger seat of the vehicle. Inv. McAfee began to explain to Meath that we had been investigating him for drug trafficking. I observed Meath to be nervous during this time. Meath was advised a K9 was going to conduct a drug sniff on his vehicle. Meath began to ask if he could leave, where he was detained shortly after. Meath began to ask if he can use the restroom in Geraldo's. When in the bathroom Meath changed his statement and wanted to defecate instead. Meath then stated he had to urinate again and stood over the urinal, where he did not urinate. Meath was detained pending a search warrant. K9 Lenox indicated on the vehicle and the vehicle was impounded to AST Post pending a search warrant for the vehicle.

I applied for a search warrant for Meath's person (4AN-19-3583SW), however, it was denied. Meath was released from AST Post following the denied warrant. I assisted with vehicle search warrant 4AN-19-3582SW. Refer to the property attached to this case for items seized. Following the vehicle search warrant, the DEA seized Meath's vehicle for forfeiture.

This concludes my involvement for this day.

## Supplementary report

| | | | |
|---|---|---|---|
| **Author:** | #JSM3 MCAFEE, J. | **Report time:** | 10/24/2019 21:39 |

**Remarks:**

Supplemental
Report

**Narrative:**

On 10/24/2019, at approximately 2035 hours, I was conducting surveillance on Michael Meath's **(AK5340680)** residence located at 379 Shannon Drive, in Fairbanks.

At approximately 2115 hours, I observed two people walk out from the front of the house. Due to it being dark outside I was unable to positively identify either party, however; I was able to identify to observe that one was noticeably taller than the other. The shorter one was carrying a white plastic bag, and the taller one was carrying a dark colored backpack. I observed the taller individual place the backpack in the bed of the truck.

I observed the two individuals to enter a gray 2006 Lincoln Mark LT truck bearing plate JMZ870. At approximately 2117 hours, the vehicle exited the driveway and headed towards Trainor Gate Road. Other members of the surveillance team picked the vehicle up on Trainor Gate Road. The vehicle was surveilled to Rod's Saw Shop located at 127 Minnie Street where it parked alongside of the building. After some time, the vehicle backed out and headed towards Illinois, and then towards College Road. While on College Road Fairbanks Police Department (FPD) conducted a traffic stop on the vehicle due to the passenger not wearing a seatbelt and for not having a rear license plate light.

The vehicle came to a stop in the Geraldo's parking lot. FPD contacted and identified the occupants by their AKOL's as driver **Lisa Cartier (AK0653925)** and front seat passenger **Michael Meat (AK5340680).**

I approached the passenger side of the vehicle and made contact with Meath. I explained to Meath that we had been investigating him for trafficking drugs into Fairbanks. While I was speaking with Meath he appeared very nervous and his forehead started to sweat profusely. I asked for Meath's consent to search the vehicle which he denied. I then advised Meath that a K9 was going to conduct a sniff on the vehicle and asked Meath and Lisa to exit the vehicle.

When Meath exited the vehicle, he asked if he could leave, I advised Meath that he was free to leave, and then reconsidered after believing he may be trying to conceal drugs on his person and detained him.

While detained Meath told me he had to urinate and that he was going to go in his pants if he was not allowed to use the restroom. Meath was escorted into the bathroom in Geraldo's and giving an opportunity to use the urinal. Inside the restroom Meath told me he had to defecate instead. Meath then changed his mind again and said he had to urinate. Meath stood over the urinal for and was given an opportunity to urinate, however; he did not urinate at all.

Meath was detained for the application of a search warrant for his person. K9 Lenox indicated on the Lincoln truck for the presence of Narcotic Odors. The truck was then impounded to the Fairbanks AST post (by Borealis Towing) for the application of a search warrant.

At the Fairbanks Alaska State Trooper's post I applied for and was granted 3AN-19-3582SW , allowing me to search the Lincoln Mark LT truck. After realizing that I had forgotten to ask to search the bags in the vehicle as well, I called the Anchorage magistrate and asked to amend the warrant. The warrant was amended to allow me to seize any bags within the truck but not search them without an additional warrant.

On October 25, 2019 at 0345 hours I executed the search warrant of the Lincoln Mark LT truck bearing plate JMZ870. During the search I located a two toolboxes and a bluish-gray/black back in the bed of the truck. Inside the truck on the driver's side floorboard I located a green purse. In the back passenger floorboard I located a white plastic bag filled with garbage.

K9 Lenox conducted a sniff on the items an indicated the presence of narcotic odors coming from the backpack and the green purse.

3AN-19-3582SW was amended again granting me permission to search the backpack and the purse.

Inside the backpack I located a loaded Colt .45 semi-automatic pistol (S/N70B59842), 4 digital scales, multiple small Ziplock baggies, approximately 60 grams of what appeared to be heroin, approximately 1.25 lbs. of what appeared to be crystal methamphetamine, and a $1 bill.

Inside the purse I syringe filled with what appeared to be heroin was located along with suboxone strips. a Samsung Cell Phone, AKID 6577563, a Wells Fargo check, and $50.

The Lincoln Mark LT was seized by the DEA for forfeiture.

## Supplementary report

| | | | |
|---|---|---|---|
| **Author:** | #JAT2 TIBBETTS, J. | **Report time:** | 11/04/2019 08:00 |
| **Remarks:** | | | |

**Narrative:**

On 11/4/2019, I packaged the property seized in from the vehicle search warrant. All the items have been processed and placed into AST evidence.

This concludes my involvement in this case.

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
**Phone:(800) 788-7133   Fax:(800) 578-7223**

**Print Date: November 08, 2019**



## FIREARMS TRACE SUMMARY

**Trace Number: T20190393542**     **Request Date: November 05, 2019**     **Completion Date: November 08, 2019**

**JAKE TIBBETS**
**ALASKA STATE TROOPERS**
**2760 SHERWOOD LANE**
**JUNEAU, AK 99801**
**PHONE: (907) 465-4000 Ext:**

### FIREARM INFORMATION

| | |
|---|---|
| **Manufacturer:** | COLT |
| **Model:** | COMBAT COMMANDER |
| **Caliber:** | 45 |
| **Serial Number:** | 70B59842 |
| **Type:** | PISTOL |
| **Country:** | UNITED STATES |
| **Importer:** | |
| **Obliterated:** | |
| **Identifying Marks:** | |
| **NIBIN:** | |
| **Gang Name:** | |

**Badge No:**
**Investigation No:  AK19073513**

### RECOVERY INFORMATION

**Recovery Date:** 11/04/2019
**Time to Crime:** 16735 days

701 COLLEGE RD
FAIRBANKS, AK 99701
**Possessor:**
**DOB:**
**POB:**

### PURCHASER INFORMATION     **Purchase Date:** 01/09/1974

LAWRENCE  CALDERONE

**DOB:**
**POB:** MA UNITED STATES
**Race:** WHITE               **Height:** 5 ft 11 in
**Sex:**                      **Weight:** 200 lbs
**ID 1:** AK DRIVER'S LICENSE: 277242
**ID 2:**  :
Contact the local ATF office for additional information.

### DEALER INFORMATION          **FFL:** 99200570

FRONTIER SPORTING GOODS
412 SECOND AVE
FAIRBANKS, AK 99701-0000
**Phone:**    (907) 452-2912     **Ship-To-Date:**    01/09/1974
             Ext:

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER.  THE PURCHASER WAS DERIVED FROM THE RECORDS OF A
FEDERAL FIREARMS LICENSEE (FFL) WHO HAS GONE OUT OF BUSINESS AND HAS FORWARDED THEIR RECORDS
TO ATF'S NATIONAL TRACING CENTER.  THIS RESULT MAY NOT REPRESENT THE ENTIRE CHAIN OF
DISTRIBUTION FOR THIS FIREARM. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER,
FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

**The information in this report must be validated prior to use in any criminal proceedings.**

FOR OFFICIAL USE ONLY